No. 5911. In re Whichard. Sup. Ct. N. C. Certiorari denied. Mr. Justice Black and Mr. Justice Douglas are of the opinion that certiorari should be granted.

No. 6660. Phillips v. Nevada. Sup. Ct. Nev. Certiorari denied. Mr. Justice Black and Mr. Justice Douglas are of the opinion that certiorari should be granted.

No. 6968. Hunter et al. v. Center Motors, Inc. C. A. D. C. Cir. Certiorari denied. The Chief Justice took no part in the consideration or decision of this petition.

No. 11. Washington et ux. v. United States, 402 U. S. 978;

No. 104. Wild et al. v. United States, 402 U. S. 986;

No. 313. Orito v. United States, 402 U. S. 987;

No. 1087. Kelly, Judge v. Florida Judicial Qualifications Comm'n, 401 U. S. 962;

No. 1165. Eubank v. Illinois, 402 U. S. 972;

No. 1370. Lamp, Administratrix v. United States Steel Corp. et al., 402 U. S. 987;

No. 1506. Boston & Providence Railroad Development Group v. Bartlett, Trustee, et al., 402 U. S. 989; and

No. 1537. Eisenberg et al. v. Wisconsin, 402 U. S. 987. Petitions for rehearing denied. Mr. Justice Marshall took no part in the consideration or decision of these petitions.